IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROSS BEAM,<br><br>    Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____/ | No. CIV S-11-0605-CMK-P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, seeks to bring a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is again before the undersigned pursuant to the court's March 31, 2012, order.  Pending before the court is plaintiff's motion for leave to file an amended petition (Doc. 26).  Respondent shall file a response to petitioner's motion within 30 days of the date of this order, and any reply in support of the motion shall be due within 14 days after service of respondent's response.

      IT IS SO ORDERED.

DATED: April 30, 2012

                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE

1