IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROSS BEAM,                           No. 2:11-CV-0605-KJM-CMK-P

       Petitioner,

   vs.                                                     ORDER

PEOPLE OF THE STATE OF CALIFORNIA,

       Respondent.

       Petitioner, a state prisoner proceeding pro se, seeks to bring a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are: (1) petitioner's motion for a stay-and-abeyance order pending exhaustion in state court (Doc. 7); and (2) petitioner's motion for leave to amend (Doc. 26).

       Petitioner seeks leave to amend in order to allege exhaustion of newly exhausted claims.  Respondent does not oppose the request, which will be granted.  This case shall proceed on the first amended petition filed on January 9, 2012.  Because all claims petitioner desires to raise before this court have now been exhausted, petitioner's motion for a stay-and-abeyance order pending state court exhaustion is moot and will be denied as such.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's unopposed motion for leave to amend (Doc. 26) is granted;

2. This action shall proceed on the first amended petition filed on January 9, 2012;

3. Petitioner's motion for a stay-and-abeyance order (Doc. 7) is denied as moot;

4. Respondent shall file a response to the first amended petition within 30 days of the date of this order; and

5. Petitioner's traverse shall be due within 30 days after service of respondent's response.

DATED: June 25, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE