IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROSS BEAM, | No. 2:11-CV-0605-KJM-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| V.W. KNIPP, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, seeks to bring a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 45) for leave to amend Exhibit 28. By his motion, plaintiff seeks to amend the exhibit with one bearing an original signature. No opposition having been filed, and good cause appearing therefor, the motion is granted.

IT IS SO ORDERED.

DATED: March 6, 2014

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE